**In the Matter of John FLENTIE, Appellant,**

v.

**Toni L. CLEMENS, Platte County Public Administrator, Respondent.**

**Nos. WD 75953, WD 76171.**

Missouri Court of Appeals, Western District.

May 6, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 27, 2014.

Application for Transfer Denied June 24, 2014.

Jonathan Sternberg, Kansas City, MO, for appellant.

from § 516.200 in 2009. *See* H.B. 481, 2009

Lisa K. Rehard, Platte City, MO, for respondent.

Before Division One: ALOK AHUJA, P.J., and THOMAS H. NEWTON and ANTHONY REX GABBERT, JJ.

### ORDER

PER CURIAM:

The Circuit Court of Platte County appointed the Platte County Public Administrator to serve as Appellant John Flentie's guardian and conservator. The court later denied Flentie's petition for restoration, and continued the guardianship and conservatorship in place. Flentie appeals, arguing that the initial appointment of a guardian and conservator was invalid because the circuit court never acquired personal jurisdiction over him. Flentie also argues that the circuit court's denial of his petition for restoration was not supported by substantial evidence. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).